**Mahmood Ahmed Ali MIR, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–72365.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

---

* The panel unanimously finds this case suitable

Ashwani K. Bhakhri, Esq., Burlingame, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, OIL, U.S. Department of Justice, Office of Immigration Lit., Washington, DC, for Respondent.

Before: HAWKINS, McKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Mahmood Ahmed Ali Mir, a native and citizen of Pakistan, petitions for review of the Board of Immigration Appeals' summary affirmance of an Immigration Judge's ("IJ") denial of his applications for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review adverse credibility findings for substantial evidence, *Chebchoub v. INS*, 257 F.3d 1038, 1042 (9th Cir.2001), and we deny the petition for review.

Substantial evidence supports the IJ's adverse credibility finding based on inconsistencies between petitioner's application, testimony, and statements to the asylum officer regarding his attendance at political rallies and the plausibility of his fear of persecution in Pakistan. *See id.* at 1043–45.

Because petitioner failed to demonstrate that he is eligible for asylum, it follows that he did not satisfy the more stringent standard for withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

Substantial evidence also supports the conclusion that petitioner failed to show that it was more likely than not that he will be tortured if returned to Pakistan. *See id.* at 1157.

**PETITION FOR REVIEW DENIED.**

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.